**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-62130-CV-MIDDLEBROOKS/Augustin-Birch

GREISY PINZON CAMARGO,

Petitioner,

v.

WARDEN, BROWARD TRANSITIONAL CENTER, et al.,

Respondents.
_______________________________________/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE**

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on August 26, 2026. (DE 10). The Report recommends denying Petitioner Greisy Pinzon Camargo's petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. (*Id.*). Magistrate Judge Augustin Birch ordered that any Party must file objections to the Report within 14 days, or no later than September 9, 2026. Neither Party has filed an objection.

I have reviewed the Report, applicable law, and the record as a whole. I agree with Magistrate Judge Augustin-Birch's conclusion that Ms. Pinzon Camargo's Petition should be denied. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 10) is hereby **ADOPTED**.

(2) Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2241 (DE 1) is **DENIED**, as set forth in the Report.

(3) The Clerk of Court shall **CLOSE THIS CASE** and deny any other pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 14 of September, 2026.

Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Augustin-Birch;
Counsel of Record;